1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DALE POWELL, ) | Case No. EDCV 11-898 JST(JC) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| G. SANDOR, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: June 16, 2011

**JOSEPHINE STATON TUCKER**

Honorable Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE